Opinion issued July 18, 2023



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-22-00083-CV

_____

**ALLIED AVIATION FUELING COMPANY OF HOUSTON, INC. AND REGINALD WILLIS, Appellants/Cross-Appellees**

**V.**

**CECILIA CRUZ, INDIVIDUALLY AND AS NEXT FRIEND AND REPRESENTATIVE OF ULYSSES D. CRUZ, AND S.C., A MINOR, AND ANGELO G. CRUZ, Appellees/Cross-Appellants**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-81830**

---

### MEMORANDUM OPINION

Appellants, Allied Aviation Fueling Company of Houston, Inc. and Reginald Willis, filed a notice of appeal from an amended final judgment signed February 7, 2022. Appellees filed a notice of cross appeal on February 16, 2022.

On January 23, 2023, the parties filed a joint motion to abate this appeal to permit the parties to complete the terms of a mediated settlement agreement. The Court granted the motion and ordered the appeal abated until June 1, 2023. On May 19, 2023, the parties filed a letter advising the Court that they were preparing to execute the final settlement documents and expected to update the Court no later than June 30, 2023. On June 28, 2023, the parties filed a joint motion to dismiss, asking this Court to vacate the trial court's amended final judgment signed on February 7, 2022 and dismiss the case pursuant to the parties' settlement. We have not issued a decision in the appeal.

Accordingly, we vacate the trial court's amended final judgment signed on February 7, 2022 and dismiss the case. *See* TEX. R. APP. P. 42.1(a), 43.2(e). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.